# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:17-cr-00044-MMD-WGC |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | August 31, 2017 |
| RANDY PAULSEN, ) | |
| Defendant. ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Ex-Parte Motion to Withdraw as Counsel and Request for Appointment of Conflict-Free Counsel (ECF No. 35).

Good cause appearing, Defendant's Ex-Parte Motion to Withdraw as Counsel and Request for Appointment of Conflict-Free Counsel (ECF No. 35) is **GRANTED**.  This matter is referred to the CJA Administrator to find replacement counsel for the Defendant.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/  
       Deputy Clerk